THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FREDERICK FREERKING, Defendant-Appellant.

(No. 70-64; )

Second District—September 9, 1971.

Opinion by Mr. JUSTICE GUILD.

E. Roger Horskey, of Defender Project, of Elgin, for Appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (Dudley E. Owens, Assistant State's Attorney, of counsel,) for the People.